UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TITANIDE VENTURES, LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>　　　　　　**Defendant.** | Case No.: 4:12-cv-00196-RC-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS ACTION

Plaintiff Titanide Ventures, LLC ("Titanide") and Defendant International Business Machines Corporation ("IBM") announce to the Court that they have settled their claims for relief asserted in this cause and thus move this Court to dismiss with prejudice all pending claims by Titanide against IBM, and dismiss without prejudice all counterclaims by IBM against Titanide.  Each party is to bear its own costs and fees. A proposed order accompanies this Motion.

Dated: May 14, 2013

Respectfully Submitted,

/s/ *James E. Marina*_____
Robert W. Turner
Texas Bar # 20329000
rturner@mkwpc.com
MCDOLE, KENNEDY, & WILLIAMS PC
1700 Pacific Ave, Suite 1280
Dallas, Texas 75201
Telephone: (214) 979-1122
Facsimile: (214) 979-1123

Kenneth R. Adamo
Texas Bar #00846960

kenneth.adamo@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Of Counsel:*
James E. Marina
james.marina@kirkland.com
Andrew Gordon Heinz
andrew.heinz@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

David Rokach
david.rokach@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendant*
*International Business Machines Corporation*


*/s/ Jennifer C. Lu*_____
Jennifer C. Lu

BANYS, P.C.
Christopher D. Banys   SBN: 230038 (California)
Daniel M. Shafer       SBN: 244839 (California)
Jennifer C. Lu         SBN: 255820 (California)
Banys, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 308-8505
Fax: (650) 322-9103
cdb@banyspc.com
jcl@banyspc.com
dms@banyspc.com

<u>LOCAL COUNSEL:</u>

WARD & SMITH LAW FIRM
Wesley Hill      SBN: 24032294
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, TX 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**TITANIDE VENTURES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the attached Joint Motion To Dismiss Action is being served via the Court's CM/ECF system on May 14, 2013 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3).

*/s/ Georgia Golfinopoulos*
Georgia Golfinopoulos

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel has met and conferred regarding Joint Motion To Dismiss Action, and the Parties have agreed to the requested relief and to file the motion jointly.

/s/ *Jennifer C. Lu*
Jennifer C. Lu

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TITANIDE VENTURES, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **INTERNATIONAL BUSINESS MACHINES CORPORATION,** <br><br> **Defendant.** | **Case No.: 4:12-cv-00196-RC-ALM** <br><br> **JURY TRIAL DEMANDED** |

### ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE

Before the Court is a Joint Motion to Dismiss Action With Prejudice (the "Motion") of Plaintiff Titanide Ventures, LLC ("Titanide") and International Business Machines Corporation ("IBM") (collectively the "Parties"). The Court having fully considered the Motion is of the opinion that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that all claims by Titanide against IBM are hereby dismissed with prejudice, and all counterclaims by IBM against Titanide are hereby dismissed without prejudice. Each of the foregoing Parties shall bear its own costs and fees.

**SO ORDERED.**